UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANTHONY LEE ENOCHS,

     Petitioner,

                             CASE NO. 2:12-CV-11507
v.                         HONORABLE GEORGE CARAM STEEH
                         UNITED STATES DISTRICT JUDGE

J.S. WALTON,

     Respondent.

_____/


## JUDGMENT

     The above entitled matter having come before the Court on a Petition for

Writ of Habeas Corpus, Honorable George Caram Steeh, a United States District

Court Judge, presiding, and in accordance with the Memorandum Opinion and

Order entered this date,

     IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas

Corpus is DISMISSED WITH PREJUDICE with respect to the claims challenging

petitioner's 2010 federal conviction for conspiracy to distribute oxycodone.

     IT IS FURTHER ORDERED AND ADJUDGED that the Petition for Writ of

Habeas Corpus is DISMISSED WITHOUT PREJUDICE with respect to the claims

challenging petitioner's 2011 state court convictions for Operating Under the

Influence of Liquor, Third Offense and Driving On A Suspended License.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/Josephine Chaffee
    DEPUTY COURT CLERK

DATED: APRIL 19, 2012